AUGUSTA G. GENET, Respondent, *v.* THE PRESIDENT, MANAGERS AND COMPANY OF THE DELAWARE AND HUDSON CANAL COMPANY, Appellant.

Reported below, 14 App. Div. 177.
(Argued June 5, 1899; decided June 13, 1899.)

MOTION to dismiss an appeal from an order and judgment of the Appellate Division of the Supreme Court in the first

judicial department, entered February 11, 1897, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The grounds of the motion were that the Court of Appeals has no jurisdiction ; that there has been irregularity in the practice ; that the appeal was premature and that the defendants have waived their right to appeal.

*George C. Genet* for motion.

*Frank E. Smith* opposed.

Motion denied, with ten dollars costs.